United States Bankruptcy Court
District of Colorado

In re:                                                                          Case No. 25-10713-KHT
Sage Income LLC                                                                 Chapter 7
　　　Debtor

# CERTIFICATE OF NOTICE

District/off: 1082-1        User: admin        Page 1 of 2

Date Rcvd: Feb 12, 2025        Form ID: 770        Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2025:

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sage Income LLC, 2449 S Ellis Ct, Denver, CO 80228-5462 |
| 19787369 | + | Alex Cole, 3553 Valley Oak Dr, Loveland, CO 80538-8926 |
| 19787370 | + | Brenda Sharp, 3553 Valley Oak Dr, Loveland, CO 80538-8926 |
| 19787371 | + | Chelsea Marshall, 2449 S Ellis Ct., Denver, CO 80228-5462 |
| 19787374 | + | Derek Keen, 1004 Tierra Ln, Fort Collins, CO 80521-4069 |
| 19787375 | + | Grace Ellis-beneficiary of Dennis Ellis, 1000 W Columbia Way, #406, Vancouver, WA 98660-3630 |
| 19787376 | + | Hannah Ellis-beneficiary of Dennis Ellis, 8753 Snowbird Way, Parker, CO 80134-9265 |
| 19787378 | + | James Cole, 7457 Griffin Gate Dr, Cincinnati, OH 45255-3927 |
| 19787379 | + | James Nikraftar, Miller Barondess LLP, 2121 Avenue of the Stars, 26th Floor, Los Angeles, CA 90067-5050 |
| 19787381 | + | Lopresti Family Trust, c/o David Lopresti, 1792 E Longbranch Ct, Draper, UT 84020-5534 |
| 19787382 | #+ | Mari Freedberg, 701 Highland Ave NE, Apt 1214, Atlanta, GA 30312-1474 |
| 19787383 | + | Mary Jesse, 3103 Pitchfork Circle, Belton, TX 76513-1060 |
| 19787384 | + | Michael S. Cole, 2449 S. Ellis Ct., Denver, CO 80228-5462 |
| 19787385 | + | Peter Lowry, 3103 Pitchfork Circle, Belton, TX 76513-1060 |
| 19787386 | + | ROC Imaging Services, c/o Orlando Micheli, 4594 W Irma St, Yuma, AZ 85364-9667 |

TOTAL: 15

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: aconrardy@wgwc-law.com | Feb 12 2025 22:06:00 | Aaron J. Conrardy, 2580 W. Main Street, Suite 200, Littleton, CO 80120 |
| tr | + | EDI: BJWALTERS.COM | Feb 13 2025 03:03:00 | Jared Walters, PO Box 804, Eagle, CO 81631-0804 |
| 19787372 | + | EDI: CODEPREV.COM | Feb 13 2025 03:03:00 | Colorado Department of Revenue, Tax Audit Compliance Div., 1881 Pierce St. Room 104, Denver, CO 80214-1424 |
| 19787377 | | EDI: IRS.COM | Feb 13 2025 03:03:00 | Internal Revenue Service, 1999 Broadway, MS 5012 DEN, Denver, CO 80202 |
| 19787387 | + | Email/Text: bankruptcynotices@sba.gov | Feb 12 2025 22:06:00 | US Small Business Administration, PO Box 3918, Portland, OR 97208-3918 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|

District/off: 1082-1                          User: admin                          Page 2 of 2
Date Rcvd: Feb 12, 2025                       Form ID: 770                          Total Noticed: 20

19787373                    Dennis Ellis, deceased
19787380        ##+         Jean Powell, 1125 NW 12th Ave. Unit 1106, Portland, OR 97209-3142

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2025                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Aaron J. Conrardy | on behalf of Debtor Sage Income LLC aconrardy@wgwc-law.com<br>3377058420@filings.docketbird.com;sschillereff@wgwc-law.com |
| Jared Walters | jcWalters7@gmail.com  CO09@ecfcbis.com |
| US Trustee | USTPRegion19.DV.ECF@usdoj.gov |

TOTAL: 3

**Information to identify the case:**

| | |
|---|---|
| Debtor | **Sage Income LLC** |
| | Name |

EIN: 84–3211395

United States Bankruptcy Court   District of Colorado

Date case filed for chapter:   7   2/11/25

Case number:   25–10713–KHT

## Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

*The staff of the bankruptcy clerk's office cannot give legal advice.*

*Do not file this notice with any proof of claim or other filing in the case.*

| | | |
|---|---|---|
| 1. **Debtor's full name** | Sage Income LLC | |
| 2. **All other names used in the last 8 years** | | |
| 3. **Address** | 2449 S Ellis Ct<br>Denver, CO 80228 | |
| 4. **Debtor's attorney**<br>Name and address | Aaron J. Conrardy<br>2580 W. Main Street<br>Suite 200<br>Littleton, CO 80120 | Contact phone 303–296–1999<br>Email aconrardy@wgwc–law.com |
| 5. **Bankruptcy trustee**<br>Name and address | Jared Walters<br>PO Box 804<br>Eagle, CO 81631<br><br>The person designated as Bankruptcy Trustee has been selected as Interim Trustee of the bankruptcy estate and the trustee's previously–filed blanket bond is approved. Unless another trustee is elected at the meeting of creditors, the trustee shall serve without further appointment or qualification. The trustee is deemed to have accepted the appointment, unless the trustee notifies the Court and the U.S. Trustee in writing of any rejections within seven days after receipt of notice of selection. | Contact phone 970–456–3395<br>Email jcWalters7@gmail.com |
| 6. **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | US Bankruptcy Court<br>US Custom House<br>721 19th St.<br>Denver, CO 80202–2508 | Hours open Monday – Friday 8:00 AM – 4:30 PM<br><br>Contact phone 720–904–7300<br><br>Date: 2/12/25 |
| 7. **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **March 20, 2025 at 08:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 264 763 3035, and Passcode 0091245874, OR call 1–720–287–7572**<br><br>For additional meeting information go to www.justice.gov/ust/moc. |

| | | |
|---|---|---|
| **8.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
| **9.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |