## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| SAGE INCOME LLC | ) Case No. 25-10713-KHT |
| EIN: 84-3211395, | ) Chapter 7 |
| | ) |
|     Debtor. | ) |
| | ) |
| | ) |

## NOTICE OF APPLICATION TO EMPLOY BALLARD SPAHR LLP
## AS COUNSEL FOR THE TRUSTEE

### OBJECTION DEADLINE: MAY 20, 2025

NOTICE IS HEREBY GIVEN that Ballard Spahr LLP ("Applicant"), as proposed counsel for Jared Walters, Chapter 7 Trustee (the "Trustee"), has filed its Application to Employ Ballard Spahr LLP as Counsel (the "Application").  A copy of the Application and supporting pleadings are attached to this Notice. The Application discloses certain "Unrelated Representations" of certain creditors or their affiliates identified in the Debtors' case. Applicant nevertheless believes that it is disinterested for purposes of representing the Trustee in this case.

If you oppose the application or object to the relief requested, your objection and request for hearing must be filed on or before the Objection Deadline stated above, served on the Applicant at the address indicated below, and must state clearly all objections and any legal basis for the objections.  The court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without further notice to creditors or other interested parties.

Dated this 6th day of May, 2025.

**BALLARD SPAHR LLP**

By: _____/s/ Theodore J. Hartl_____
Theodore J. Hartl, #32409
1225 17th Street, Suite 2300
Denver, CO, 80202
Telephone: (303) 292-2400
Facsimile: (303) 296-3956
hartlt@ballardspahr.com

*Proposed Counsel for Jared Walters,*
*Chapter 7 Trustee*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 6, 2025, the foregoing **NOTICE OF APPLICATION TO EMPLOY BALLARD SPAHR LLP AS COUNSEL FOR THE TRUSTEE**, was served by U.S. Mail, first class postage prepaid, to the parties identified on the attached list:

/s/ *Stephanie Agabo*

Label Matrix for local noticing
1082-1
Case 25-10713-KHT
District of Colorado
Denver
Tue May  6 15:42:34 MDT 2025

Sage Income LLC
2449 S Ellis Ct
Denver, CO 80228-5462

US Bankruptcy Court
US Custom House
721 19th St.
Denver, CO 80202-2508

Alex Cole
3553 Valley Oak Dr
Loveland, CO 80538-8926

Brenda Sharp
3553 Valley Oak Dr
Loveland, CO 80538-8926

Chelsea Marshall
2449 S Ellis Ct,
Denver, CO 80228-5462

Colorado Department of Revenue
Tax Audit Compliance Div.
1881 Pierce St. Room 104
Denver, CO 80214-1424

Derek Keen
1004 Tierra Ln
Fort Collins, CO 80521-4069

Grace Ellis-beneficiary of Dennis Ellis
1000 W Columbia Way, #406
Vancouver, WA 98660-3630

Hannah Ellis-beneficiary of Dennis Ellis
8753 Snowbird Way
Parker, CO 80134-9265

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

James Cole
7457 Griffin Gate Dr
Cincinnati, OH 45255-3927

James Nikraftar
Miller Barondess LLP
2121 Avenue of the Stars, 26th Floor
Los Angeles, CA 90067-5050

Jean Powell
1125 NW 12th Ave. Unit 1106
Portland, OR 97209-3142

Lopresti Family Trust
c/o David Lopresti
1792 E Longbranch Ct
Draper, UT 84020-5534

Mari Freedberg
701 Highland Ave NE, Apt 1214
Atlanta, GA 30312-1474

Mary Jesse
3103 Pitchfork Circle
Belton, TX 76513-1060

Michael S. Cole
2449 S. Ellis Ct.
Denver, CO 80228-5462

Peter Lowry
3103 Pitchfork Circle
Belton, TX 76513-1060

ROC Imaging Services
c/o Orlando Micheli
4594 W Irma St
Yuma, AZ 85364-9667

US Small Business Administration
PO Box 3918
Portland, OR 97208-3918

US Trustee
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294-6004

Aaron J. Conrardy
2580 W. Main Street
Suite 200
Littleton, CO 80120-4631

Jared Walters
PO Box 804
Eagle, CO 81631-0804

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
1999 Broadway
MS 5012 DEN
Denver, CO 80202

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Dennis Ellis
deceased

End of Label Matrix
Mailable recipients    23
Bypassed recipients     1
Total                  24