**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | |
| SAGE INCOME LLC ) | Case No. 25-10713-KHT |
| EIN: 84-3211395, ) | Chapter 7 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| ) | |

**CERTIFICATE OF NON-CONTESTED MATTER AND**
**REQUEST FOR ENTRY OF ORDER**

On May 6, 2025, Jared Walters, as chapter 7 Trustee ("Movant"), filed an application pursuant to L.B.R. 9013-1 entitled Application to Employ Ballard Spahr LLP as Counsel for Chapter 7 Trustee (the "Motion"). Movant hereby certifies that the following is true and correct:

Service of the Motion was timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and the L.B.R. as shown on the certificate of service filed with the Motion on May 6, 2025.

Service of the Notice Pursuant to Local Bankruptcy Rule 9013.1 of the Motion (the "Notice") was timely made on all creditors and parties in interest pursuant to L.B.R. 9013-1 and 2002-1, as shown on the certificate of service filed with the Notice on May 6, 2025.

The docket numbers for each of the following relevant documents are

    a.    the Motion and all related documents (Docket No. 11);
    b.    the Notice, and certificate of service (Docket No. 12); and
    c.    the Proposed Order (Docket No. 11-1).

No objections to or requests for hearing on the Motion were received by the undersigned, or filed with the Court and docketed in the case file by the date designated in the Notice.

WHEREFORE, Movant prays that the Court grant the relief requested in the Motion by entering an order, a proposed form of which was previously submitted (Docket No. 11-1).

Dated: May 22, 2025.     **BALLARD SPAHR LLP**

By: _/s/ Theodore J. Hartl_
Theodore J. Hartl, #32409
1225 17th Street, Suite 2300
Denver, CO, 80202
Telephone: (303) 292-2400
Facsimile: (303) 296-3956
hartlt@ballardspahr.com

*Counsel for Jared Walters,
Chapter 7 Trustee*