## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

In re:                                          )
                                                )   Case No. 25-10713 KHT
SAGE INCOME LLC,                                )
                                                )   Chapter 7
                    Debtor.                     )

---

## NOTICE OF CHANGE OF ADDRESS

---

Please take Notice that effective immediately, Hannah Ellis, creditor has a change of address as follows:

**Hannah Ellis-beneficiary of Dennis Ellis**
**8155 Applegate Dr.**
**Helena, MT 59602**

Dated this 16th day of June, 2025.

Respectfully submitted,

WADSWORTH GARBER WARNER CONRARDY, P.C.

*/s/ Aaron J. Conrardy*
Aaron J. Conrardy, #40030
2580 Main Street, Suite 200
Littleton, CO 80120
Phone: (303) 296-1999/Fax: (303) 296-7600
aconrardy@wgwc-law.com
*Attorney for Sage Income LLC*