**EXHIBIT A**

*In re: Sage Income, LLC*
Case No. 25-10713-KHT

Ex Parte Motion for Order Authorizing Rule 2004 Examinations

**<u>DEFINITIONS</u>**

  (a) "You" and "your" and similar words refer to the person or entity identified in the subpoena served herewith, including without limitation any and all past or present affiliates, assignors, representatives, employees, agents, insurers, attorneys, experts, consultants, or other persons acting under your control or acting on your behalf.

  (b) The term "Debtor" refers to Sage Income, LLC, the debtor in the above-referenced Case No. 25-10713-KHT pending in the United States Bankruptcy Court for the District of Colorado, and the Debtor's past or present affiliates, assignors, representatives, employees, agents, insurers, attorneys, experts, consultants, or other persons acting under its control or acting on its behalf

  (c) The word "concerning" means referring to, relating to, pertaining to, describing, discussing, reflecting, evidencing, supporting or embodying, in any way, either directly or indirectly, in whole or in part, and is meant to include, among other things or Documents, things or Documents now or previously attached or appended to any Document called for by each request.

  (d) The word "Documents" is used in its broadest sense and is defined in Fed. R. Civ. P. 34(a)(1)(A). It specifically includes e-mails, text messages, all computerized records and also includes, without limitation, letters, correspondence, facsimiles, memoranda, notes, videos, bank statements, canceled checks (front and back), deposit slips, wire transfer advices, invoices, receipts, expense reports, statistical information, earnings or profit projections, promotional literature, and marketing information. This request extends to all versions of any writing, regardless of whether the version is a draft or has been superseded, and information contained in any computer even though not yet printed out in paper form.

  (e) The word "communication" means any oral, written, mechanical, electronic, or other transmission of words, symbols, numbers, or depictions to a person, entity, file, or repository as data or information, including, but not limited to, e-mails, text messages, social media posts, and electronic messages, letter correspondence (with all attachments), memoranda, telephone conversations, notes, recordings, transcriptions of meetings, transcriptions of telephone conversations, and any other document that recorded or reflected any such communication.

  (f) The word "entity" or "entities" refers to a business, organization, or group of people organized for some profitable or charitable purpose.  Entities include but are not limited to organizations such as corporations, partnerships, charities, trusts, corporations, S-corporations,

non-profit organizations, sole proprietors, and other forms or organization, whether or not authorized to conduct business by a governmental agency.

(g) The words "refer," reflect" or "relate" to or "refers, reflects or relates to" are used herein in the broadest sense and are extended to each Document that: (i) constitutes; (ii) contains; (iii) supports; (iv) modifies, contradicts, criticizes, discusses, mentions or describes; (v) records, reports, reflects or pertains to; (vi) was prepared in connection with; (vii) arises from; or (viii) is or has been collected, recorded, examined or considered by, for or on behalf of any present or former agent, attorney, or other person acting or purporting to act on your behalf in relation to the subject matter specified.

(h) Unless otherwise defined all other terms have the definition provided in the Bankruptcy code, Title 11 of the United States Code.

(i) Unless otherwise indicated, "Time Period" shall mean January 1, 2020 to date.

(j) "Petition Date" shall mean February 11, 2025.

### REQUESTS FOR PRODUCTION TO INVERACTIVE BROKERS, LLC

1. Please produce all Documents concerning all accounts you held or managed on behalf of the Debtor during the Time Period, including without limitation all Documents that refer, reflect or relate to your transactions with the Debtor during the Time Period and all contracts, agreements, understandings, invoices, payment records, transfers of money, and communications.

2. Please produce all Documents concerning your communications with Michael S. Cole during the Time Period.

### REQUESTS FOR PRODUCTION TO MICHAEL S. COLE

1. Please produce all Documents concerning all accounts you held or managed on behalf of the Debtor from September 16, 2019 to date, including but not limited to monthly account statements for Chase Bank account ending -9691.

2. Please produce all Documents concerning the Debtor's payments and transfers to or for the benefit if Bankers Healthcare Group, LLC and Deerwood Bank, including without limitation all loan documents and communications.

3. Please produce all Documents that refer, reflect or relate to the following individuals and parties during the Time Period, including without limitation all investment Documents, promissory notes and related communications:

(a) Alex Cole;

(b) Brenda Sharp;

      (c) Charles Cole;

      (d) James Cole.

    4.    Please produce all Documents concerning your investments with the Debtor, and all transfers and payments that the Debtor made to you or for your benefit during the Time Period.