# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| SAGE INCOME LLC | ) Case No. 25-10713-KHT |
| EIN: 84-3211395, | ) Chapter 7 |
| | ) |
| Debtor. | ) |

## ORDER GRANTING
## EX PARTE MOTION FOR ORDER AUTHORIZING
## RULE 2004 EXAMINATIONS
### (Interactive Brokers, LLC and Michael S. Cole)

THIS MATTER is before the Court on the Ex Parte Motion for Order Authorizing Rule 2004 Examinations (Interactive Brokers, LLC and Michael S. Cole), filed by Jared Walters, as Chapter 7 trustee ("Trustee"). The Court has reviewed the Trustee's Motion and the file and is otherwise advised. It is hereby

ORDERED that the Motion is GRANTED;

IT IS FURTHER ORDERED that, pursuant to Fed. R. Bankr. P. 2004, the Trustee is authorized, upon compliance with Fed. R. Bankr. P. 9016, Fed. R. Civ. P. 45 and L.B.R. 2004-1, to examine Interactive Brokers, LLC and Michael S. Cole under oath (as deemed necessary by the Trustee), and to subpoena the production of documents from Interactive Brokers, LLC and Michael S. Cole.

Dated: November ___, 2025.

BY THE COURT:

_____
Hon. United States Bankruptcy Judge

#4921-4901-1830 v1